# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MISTY HELMS,<br><br>                    Plaintiff,<br><br>     v.<br><br>GENESIS CREDIT MANAGEMENT, LLC,<br><br>                    Defendant. | NO: 1:16-CV-3041-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice (ECF No. 8). Defendant had previously moved to dismiss all claims in Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 6. This Court, finding that Plaintiff had failed to respond to Defendant's motion, ordered Plaintiff to file a response or statement of non-opposition by August 17, 2016. ECF No. 7. On August 12, 2016, the parties filed a stipulation of dismissal with prejudice. ECF No. 8. Accordingly, all claims are **DISMISSED with prejudice**; each party shall bear its own costs and attorney's fees. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

ORDER OF DISMISSAL ~ 1

ACCORDINGLY, IT IS ORDERED:

1. All claims are **DISMISSED with prejudice**; each party shall bears its own costs and attorney's fees.

2. Defendant's pending Motion to Dismiss for Failure to State a Claim (ECF No. 6) is **DENIED** as moot.

3. The District Court Executive shall enter this order, provide copies to counsel, and **CLOSE** the file.

Dated August 16, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2